Haluk Savci, Esq.
Mason Tender District Council of
Greater NY
520 8th Avenue, Suite 650
New York, N.Y. 10018
(212) 452-9407

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
TRUSTEES FOR THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND, and
TRAINING PROGRAM FUND

and

ROBERT BONANZA, as Business Manager
of the MASON TENDERS DISTRICT COUNCIL
OF GREATER NEW YORK,
        Plaintiffs,

-against-

SOLOMON OLIVER MECHANICAL
CONSTRUCTION CORP. and SOLOMON
OLIVER, a person.
        Defendants.
------------------------------------------------------------x

~~Complaint~~t
Civil Action
No. –

ECF CASE




08 CV 2542

JUDGE CEDARBAUM

RULE 7.1 STATEMENT

Plaintiffs, the Trustees for the Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund and Training Program Fund, and Robert Bonanza, as Business Manager of the Mason Tenders District Council of Greater New York, hereby certify that they have no parent corporations nor does any publicly held company owe 10% or more of its stock.

Dated:      March 12, 2008
                New York, New York

Respectfully submitted,

By: _____
Haluk Savci (HS -0853)
Counsel for Plaintiffs